UN UNITED STATES DISTRICT COURT
NORTHERN DISTRICT 18 AUG 20 PM 2:43

MANUFACTURERS ALLIANCE
INSURANCE COMPANY,

    Plaintiff,

v.

ALLERTON CHARTER COACH, INC.,
DENNIS TOEPPEN and THE PEOPLE OF
THE STATE OF ILLINOIS ex rel LISA
MADIGAN, Attorney General of the State of
Illinois,

    Defendants.

Case No.: 1:18-cv-04013
Honorable Matthew F. Kennelly

FILED

AUG 20 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

### AFFIDAVIT OF DENNIS TOEPPEN

The undersigned, DENNIS TOEPPEN, under penalties of perjury as provided by law certifies that the statements set forth in this instrument are true and correct.

1. I am an adult of the age of majority and am under no legal disability.
2. I am a resident of Champaign County, Illinois.
3. I am the president of Allerton Charter Coach, Inc whose principal place of business is Champaign County Illinois which is located in the Central District Court of Illinois.

Dated: 8/17/18

Dennis Toeppen

## PROOF OF SERVICE

The undersigned Defendant, certifies that I electronically filed **Motion to Vacate Default Judgment** with the United States District Court on the _____ day of August, 2018.

Sarah Hughes Newman
Illinois Attorney General
100 W. Randolph Street
Chicago, IL 60601

Adrian Thomas Rohrer
Bates Carey LLP
191 North Wacker Drive, Suite 2400
Chicago, IL 60601

Ryan M. Henderson
Bates Carey LLP
191 North Wacker Drive, Suite 2400
Chicago, IL 60601

David L. Koury
Bates Carey LLP
191 North Wacker Drive, Suite 2400
Chicago, IL 60601

I further certify that I served a copy of the foregoing document(s) on the following parties or their counsel of record ~~via email~~ on the 21st day of August, 2018.
VIA USPS

BY: _____

3