UN UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

MANUFACTURERS ALLIANCE )
INSURANCE COMPANY, )
)
Plaintiff, )
)
v. ) Case No.: 1:18-cv-04013
) Honorable Matthew F. Kennelly
ALLERTON CHARTER COACH, INC., )
DENNIS TOEPPEN and THE PEOPLE OF )
THE STATE OF ILLINOIS ex rel LISA )
MADIGAN, Attorney General of the State of )
Illinois, )
)
Defendants. )

AFFIDAVIT OF DENNIS TOEPPEN

The undersigned, DENNIS TOEPPEN, under penalties of perjury as provided by law certifies that the statements set forth in this instrument are true and correct.

1. I am an adult of the age of majority and am under no legal disability.
2. I am a resident of Champaign County, Illinois.
3. I am the president of Allerton Charter Coach, Inc whose principal place of business is Champaign County Illinois which is located in the Central District Court of Illinois.

Dated: 8/17/18

Dennis Toeppen

FILED
AUG 2 1 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT