[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

FILED

AUG 21 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Plaintiff(s) )
)
v. ) Case No: 18 CV-04013
)
)
) Judge: Kennelly
Defendant(s) )
)

### MOTION FOR ATTORNEY REPRESENTATION
(NOTE: Failure to complete all items may result in the denial of this motion.)

1. I, __Dennis Toeppen et al__, declare that I am the (check appropriate box)
   ☐ plaintiff ☒ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation:
   (NOTE: This item must be completed.)
   (1) Seyfarth Shaw     (4) Quarles + Brady
   (2) Chapin + Long
   (3) Mayer Brown
   but I have been unable to find an attorney because:

   $

3. I declare that (check all that apply):
   (*Now:*)
   ☒ I am *not* currently represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   ☐ I am currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

   (*Earlier:*)
   ☒ I *have not* previously been represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   ☐ I *have* previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check one):
   ☐ I have attached an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case, and it is still true and correct.

☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. ☐ I declare that my highest level of education is (check one):

   ☐ Grammar school    ☐ Some high school    ☐ High school graduate

   ☐ Some college      ☐ College graduate    ☒ Post-graduate

6. ☐ I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check **only** if applicable.)

7. ☐ I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court *Pro Se* Assistance Program. (Check **only** if applicable.)

8. I declare under penalty of perjury that the foregoing is true and correct.

   _[signature]_                          PO Box 17221
   Movant's Signature                     Street Address

   8/19/18                                Urbana, IL  61803
   Date                                   City, State, Zip

Other cases in which an attorney requested by this Court has represented me:

| Case Name: | Case No.: |
|---|---|
| Attorney's Name: | The case is still pending: Yes ___ No ___ |
| The appointment was limited to settlement assistance: Yes ___ No ___ | |
| Case Name: | Case No.: |
| Attorney's Name: | The case is still pending: Yes ___ No ___ |
| The appointment was limited to settlement assistance: Yes ___ No ___ | |
| Case Name: | Case No.: |
| Attorney's Name: | The case is still pending: Yes ___ No ___ |
| The appointment was limited to settlement assistance: Yes ___ No ___ | |

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]