IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MANUFACTURERS ALLIANCE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) Case No. 18-cv-4013 ) ) Judge Matthew F. Kennelly |
| v. | ) ) |
| ALLERTON CHARTER COACH, INC., DENNIS TOEPPEN, and the PEOPLE OF THE STATE OF ILLINOIS *ex rel*. LISA MADIGAN, Attorney General of the State of Illinois, | ) ) ) ) ) ) |
| Defendants. | ) |

### DEFENDANTS STATE OF ILLINOIS AND LISA MADIGAN'S
### MOTION TO DISMISS

Defendants the State of Illinois and Lisa Madigan, Illinois Attorney General (collectively, "the "State Defendants"), by their attorney, Lisa Madigan, Attorney General of Illinois, hereby moves to dismiss all claims against them pursuant to Federal Rule of Civil Procedure 12(b)(6), as fully set forth in the accompanying Memorandum in Support of Their Motion to Dismiss.. The State Defendant respectfully requests that this Court grant this motion in their favor and dismiss all claims against them.

Respectfully submitted,

LISA MADIGAN  By:  /s/ *Sarah H. Newman*
Attorney General of Illinois   Assistant Attorney General
General Law Bureau
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-6131
snewman@atg.state.il.us

1

## **CERTIFICATE OF SERVICE**

I certify that on August 28, 2018, I electronically filed the foregoing document was filed through the Court's CM/ECF system. Parties of record may obtain a copy through the Court's CM/ECF system.

I further certify that I have mailed a copy of the foregoing document to the following non-CM/ECF participants by U.S. mail on or before August 29, 2018:

| | |
|---|---|
| Allerton Charter Coach, Inc. | Dennis Toeppen |
| c/o James Long, Registered Agent | P.O. Box 17221 |
| 411 Clarendon Ct. #103 | Urbana, IL 61803 |
| Savoy, IL 61874 | |

/s/ *Sarah H. Newman*