# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MANUFACTURERS ALLIANCE INSURANCE COMPANY,<br><br>　　Plaintiff,<br><br>　　v.<br><br>ALLERTON CHARTER COACH, INC., DENNIS TOEPPEN, AND THE PEOPLE OF THE STATE OF ILLINOIS EX REL. LISA MADIGAN, ATTORNEY GENERAL OF THE STATE OF ILLINOIS,<br><br>　　Defendants. | File No.: 1:18-CV-04013 |

## NOTICE OF MOTION

TO:　　David L. Koury　　　　　　　　　　Adrian T. Rohrer
　　　　BATES CAREY LLP　　　　　　　　BATES CAREY LLP
　　　　191 North Wacker, Suite 2400　　　191 North Wacker, Suite 2400
　　　　Chicago, Illinois 60606　　　　　　Chicago, Illinois 60606
　　　　dkoury@batescarey.com　　　　　arohrer@batescarey.com

　　　　PLEASE TAKE NOTICE that on **November 7, 2018** at **9:30 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Matthew F. Kennelly or any other judge sitting in his stead, usually occupied by him in Room 2103 of the Everett McKinley Dirksen Building, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604 and shall then and there present the attached **UNCONTESTED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**, copies of which are attached hereto and served upon you.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Matthew J. Schueler
　　　　　　　　　　　　　　　　　　　　　　　An Attorney for Defendants

Schueler, Dallavo & Casieri
233 South Wacker Drive, Suite 6150,
Chicago, Illinois 60606
(312) 831-1090
mschueler@sdc-atty.com
Attorney No: 6202250

## CERTIFICATE OF SERVICE

　　　　The undersigned, Timothy Kelly, a non-attorney, hereby certifies that he served the above referenced Motion and Notice of Motion by mailing and e-mailing a copy to the above-named attorneys at the above-stated addresses on or before 5:00 p.m. on from 233 S. Wacker Drive, Suite 6150, Chicago, Illinois, proper postage prepaid on this 26th day of October 2018.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Timothy Kelly
　　　　　　　　　　　　　　　　　　　　　　　Timothy Kelly