# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MANUFACTURERS ALLIANCE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALLERTON CHARTER COACH, INC., )<br>DENNIS TOEPPEN, and the PEOPLE OF )<br>THE STATE OF ILLINOIS *ex rel.* LISA )<br>MADIGAN, Attorney General of the State )<br>of Illinois, )<br>)<br>Defendants. ) | Case No.: 1:18-cv-04013 |

## MANUFACTURERS ALLIANCE INSURANCE COMPANY'S
## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Manufacturers Alliance Insurance Company, by and through its attorneys, hereby dismisses the above-captioned action against Allerton Charter Coach, Inc. and Dennis Toeppen with prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, with each party to bear its own fees and costs.

Dated: May 13, 2019

Respectfully Submitted:

/s/Adrian T. Rohrer

David L. Koury
Adrian T. Rohrer
BatesCarey LLP
191 N. Wacker, Suite 2400
Chicago, Illinois 60606
dkoury@batescarey.com
arohrer@batescarey.com
Phone: (312) 762-3100
Fax: (312) 762-3200
*Counsel for Manufacturers Alliance Insurance Company*

## CERTIFICATE OF FILING

The foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing(s) to all parties of record in this case by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**MANUFACTURERS ALLIANCE INSURANCE COMPANY**

By: /s/Adrian T. Rohrer_____
    One of its Attorneys

David L. Koury
Adrian T. Rohrer
BATESCAREY LLP
191 North Wacker, Suite 2400
Chicago, Illinois 60606
Ph.: 312-762-3100
Fax: 312-762-3200
Email: arohrer@batescarey.com

2208671